# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE; and DOE DEPUTIES 1 – 10,<br><br>Defendants. | **Case No.:** 5:25-cv-00738-RGK (SHKx)<br><br>**[PROPOSED] JUDGMENT**<br><br>Action Filed: March 21, 2025<br>Pretrial Conference: January 5, 2026<br>Trial Date: January 20, 2026<br><br>Assigned to:<br>Hon. R. Gary Klausner<br>U.S. District Court Judge<br>Courtroom 850 |

**TO THIS HONORABLE COURT AND TO ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that upon consideration of all papers, the Court GRANTED Defendants, COUNTY OF RIVERSIDE, DEPUTY HIBBLER, DEPUTY

STACEY, AND DEPUTY WILEY's Motion for Summary Judgment on December 29, 2025, and accordingly DENIED Plaintiff's Motion for Partial Summary Judgment. [*ECF # 75.*]

Therefore, the Court GRANTS judgment in favor of all Defendants as to the following:

1. PLAINTIFF's first (1st) claim for Unlawful Search and Seizure under 42 U.S.C. § 1983;

2. PLAINTIFF's third (3rd) claim for Failure to Intervene under 42 U.S.C. § 1983;

3. PLAINTIFF's fourth (4th) claim for Negligence;

4. PLAINTIFF's fifth (5th) claim for Violation of the Bane Act (Cal. *Civ. Code* § 52.1);

5. PLAINTIFF's claim for economic damages related to past and future medical treatment of claimed injuries, including but not limited to knee injury and sickle cell crisis; and

6. PLAINTIFF's claim for punitive damages against Deputies HIBBLER, WILEY and STACEY.

7. To the extent any other claim or cause of action not otherwise specified herein above remained at issue on this action, including but not limited to any other claims for damages, the **Court hereby enters Judgment in favor of Defendants** as to all remaining claims, and Plaintiff shall not recover any such damages or other relief thereon.

8. The case is thereby **dismissed with prejudice in its entirety.**

**IT IS SO ORDERED AND ADJUDGED.**

Dated: _____   By: _____
             HONORABLE R. GARY KLAUSNER
             U.S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On December 29, 2025, I served the foregoing document described as **[PROPOSED] JUDGMENT** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

**By Mail**  I caused such envelope(s) to be deposited in the mail at El Segundo, California.  The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX  **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List.  My email address is mnixon@kmslegal.com.

XX  **State**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 29, 2025, at El Segundo, California.

_/s/ Maria Nixon_____
Maria Nixon

**SERVICE LIST**
540-17
**Terrence Johnson v. County of Riverside, et al**
USDC Case No.: 5:25-cv-00738-RGK (SHKx)

| | |
|---|---|
| Gregory L. Kirakosian, Esq.<br>KIRAKOSIAN LAW, APC<br>11684 Ventura Blvd., Suite 975<br>Studio City, California 91604<br>Telephone: (213) 986-5389<br>Facsimile: (213) 477-2355<br>EM: greg@kirakosianlaw.com<br>Sevan@kirakosianlaw.com<br>sarai@kirakosianlaw.com<br>cynthia@kirakosianlaw.com | Attorneys for Plaintiff,<br>***TERRENCE JOHNSON*** |

[PROPOSED] JUDGMENT