JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE; and DOE DEPUTIES 1 – 10,<br><br>　　　　Defendants. | Case No.: 5:25-cv-00738-RGK (SHKx)<br><br>**JUDGMENT**<br><br>NOTE: MODIFIED BY THE COURT |

**TO ALL PARTIES OF RECORD:**

　　PLEASE TAKE NOTICE that upon consideration of all papers, the Court GRANTED Defendants, COUNTY OF RIVERSIDE, DEPUTY HIBBLER, DEPUTY STACEY, AND DEPUTY WILEY's Motion for Summary Judgment on December 29, 2025, and accordingly DENIED Plaintiff's Motion for Partial Summary Judgment. [*ECF # 75.*]

　　Therefore, the Court GRANTS judgment in favor of all Defendants as to the following:

　　1. PLAINTIFF's first (1st) claim for Unlawful Search and Seizure under 42 U.S.C. § 1983;

　　2. PLAINTIFF's third (3rd) claim for Failure to Intervene under 42 U.S.C. § 1983;

　　3. PLAINTIFF's fourth (4th) claim for Negligence;

4. PLAINTIFF's fifth (5th) claim for Violation of the Bane Act (Cal. *Civ. Code* § 52.1);

5. PLAINTIFF's claim for economic damages related to past and future medical treatment of claimed injuries, including but not limited to knee injury and sickle cell crisis; and

6. PLAINTIFF's claim for punitive damages against Deputies HIBBLER, WILEY and STACEY.

7. The case is thereby **dismissed with prejudice in its entirety.**

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/6/2025          By: /s/ Gary Klausner
                         HONORABLE R. GARY KLAUSNER
                         U.S. DISTRICT COURT JUDGE